■ In the Matter of ROBERT McLEE, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision et al., Respondents. [14 NYS3d 716]— Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Chemung County) to review a determination of respondent Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding to challenge a tier III determination that found him guilty of making threats, bribery, harassment, soliciting and forwarding calls. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to his inmate account. Petitioner is not entitled to be restored to the status that he enjoyed prior to the disciplinary determination (*see Matter of Ponder v Annucci*, 128 AD3d 1255, 1255 [2015]; *Matter of Raduns v Prack*, 122 AD3d 995, 995-996 [2014]). In

view of this, and given that petitioner has received all of the relief to which he is entitled, the matter is dismissed as moot (*see Matter of McCaskell v Department of Corr. & Community Supervision,* 128 AD3d 1208, 1208-1209 [2015]; *Matter of Bain v Annucci,* 127 AD3d 1533, 1533 [2015]).

Peters, P.J., Garry, Lynch and Devine, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $305.